MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant


BRIAN F. DRAZICH (SBN 102669)
238 Alta Vista Dr.
McCall, Idaho 83638
Tel: (310) 560-1945
e-mail: bdrazich@fontier.com

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN F. DRAZICH,<br><br>    Plaintiff,<br><br>v.<br><br>RAYMOND EDWIN MABUS, JR., Secretary of the Navy, and Does 1 through 100, inclusive;<br><br>    Defendant. | Case No. C13-3931 WHO<br><br>**STIPULATION TO CONTINUE MARCH 4, 2014 INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

    Subject to the approval of the Court, it is hereby stipulated by and between the parties that the Initial Case Management Conference, currently set for March 4, 2014, at 2:00 p.m., be rescheduled for May 20, 2014, at 2:00 p.m.

    The parties seek this continuance because plaintiff has recently notified federal defendant's

counsel that he has moved from Salinas, California, to McCall, Idaho. In addition, the federal defendant has informed plaintiff that the federal defendant may file a motion for judgment on the pleadings to dismiss some of all of the claims alleged in the complaint. The parties believe that continuing the Initial Case Management Conference until May 20, 2014 will permit the briefing on the federal defendant's anticipated motion for judgment on the pleadings to be completed prior to the Initial Case Management Conference, potentially allow a hearing on the motion to be scheduled near the time of the Initial Case Management Conference, and allow plaintiff time to arrange travel, if necessary, for his appearance at any hearing on the motion and the Initial Case Management Conference.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: February 25, 2014

JENNIFER S. WANG
Assistant United States Attorney

Dated: February 25, 2014

BRIAN F. DRAZICH
Plaintiff

### [PROPOSED] ORDER

The Court, having considered the stipulation of the parties, orders that the Initial Case Management Conference currently set for March 4, 2014 at 2:00 p.m. is rescheduled for May 20, 2014 at 2:00 p.m. Case management statements will be due by May 13, 2014.

IT IS SO ORDERED.

DATED: February 26, 2014

WILLIAM H. ORRICK
United States District Court Judge