United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    BRIAN FRANKLIN DRAZICH,                     Case No.  13-cv-03931-BLF

              Plaintiff,
8                                                **ORDER SETTING CASE**
         v.                                      **MANAGEMENT CONFERENCE**
9
10   RAYMOND EDWIN MABUS,

              Defendant.
11

12

13       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

14       This case has been reassigned to the Honorable Beth Labson Freeman for all further

15   proceedings.  In recognition of the pending issues in this case, the Court has scheduled an early

16   Case Management Conference for May 7, 2014, at 11:00 A.M., in order to address case status and

17   reset vacated hearing dates.  The Case Management Conference will be held in Courtroom 3 on

18   the 5th Floor of the United States Courthouse, 280 South First Street, San Jose, California, 95113.

19       For this Case Management Conference only, the Court approves telephonic appearances

20   without further application.  Parties present at this Case Management Conference must be

21   prepared to agree on dates for further proceedings, to the extent not already addressed in the

22   parties' Joint Case Management Statement.  The Court requests that the parties engage in good-

23   faith negotiations regarding dates and scheduling before their appearances.

24       **IT IS SO ORDERED.**

25   Dated: April 21, 2014

26                                               _____
                                                 **BETH LABSON FREEMAN**
27                                               UNITED STATES DISTRICT JUDGE

28